**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:14-cv-00239-REB

MARK R. ASHLEY

    Plaintiff

v.

TRAVIS TRANI, WARDEN, AND
THE ATTORNEY GENERAL OF THE STATE OF COLORADO

    Defendant.

**FINAL JUDGMENT**

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the **ORDER ON APPLICATION FOR WRIT OF HABEAS CORPUS (Dkt. No. 27)** of Judge Robert E. Blackburn entered on November 25, 2014.  It is

ORDERED that the **Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254** filed by Applicant Mark R. Ashley is **DENIED.**  This case is **DISMISSED WITH PREJUDICE**.

Dated at Denver, Colorado this 25th day of November, 2014.

                          FOR THE COURT:
                          JEFFREY P. COLWELL, CLERK

                By:  s/   A. Lowe
                          A. Lowe
                          Deputy Clerk